# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Emmanuel Alexander Parrish ,

    Plaintiff(s),

vs.

Alvin Keller ,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:10-cv-345

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 2, 2010 Order.

Signed: August 2, 2010

Frank G. Johns, Clerk
United States District Court